**STATE of Missouri, Respondent,**

v.

**Peter LUDWELL, Appellant.**

**No. WD 64268.**

Missouri Court of Appeals, Western District.

Sept. 20, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2005.

Application for Transfer Denied Dec. 20, 2005.

Elizabeth U. Carlyle, Lee's Summit, MO, for appellant.

Theresa E. Crayon, Kansas City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge and VICTOR C. HOWARD, Judge.

## *ORDER*

PER CURIAM.

Peter Ludwell appeals from his conviction by jury of one count of assault in the third degree, § 565.070.1(2). Ludwell was sentenced to a term of one year in the Jackson County Department of Corrections. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).